

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-12-00764-CR & 04-12-00765-CR

Leocadio **RAMIREZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. B11-635 & B11-636
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgments of the trial court are AFFIRMED.

SIGNED February 12, 2014.

_____
Luz Elena D. Chapa, Justice